Marie M. PARK, Appellant,

v.

COLUMBIA CREDIT SERVICES, INC., a California corporation; Leland Shurin, Attorney at Law; FIA Card Services, NA, a Delaware corporation, formerly known as MNBA Corporation; Martin, Leigh, Laws & Fritzler, P.C. a Missouri professional corporation, Appellees.

No. 07–3220.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 5, 2008.

Filed: Dec. 22, 2008.

Albert Wilson Luce Moore, Jr., Independence, MO, for Appellant.

Richard L. Martin, Martin & Leigh, Laura A. Rhea, James C. Morrow, Morrow & Willnauer, Taylor Fields, Fields & Brown, Kansas City, MO, Lawrence W. Benjamin, Jonna L. McGinley, Neal & Gerber, Chicago, IL, for Appellees.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Marie Park appeals from an order of the district court[1] denying her motion under Federal Rule of Appellate Procedure 4(a)(5) for an extension of time to file an untimely notice of appeal. Upon careful

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

review, we cannot say that the district court abused its discretion in finding that Park failed to show good cause or excusable neglect for extending the time to file her notice of appeal. *See* Fed. R.App. P. 4(a)(5)(A)(ii); *Gibbons v. United States,* 317 F.3d 852, 853–54 & n. 3 (8th Cir.2003) (review standard; good-cause standard applies to situations where there is something that is not within movant's control); *Lowry v. McDonnell Douglas Corp.,* 211 F.3d 457, 462–64 (8th Cir.2000) (analyzing factors for determining excusable neglect).

Accordingly, we affirm. *See* 8th Cir. R. 47B.